NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――

**AILEEN JOY,**
*Petitioner*

**v.**

**DEPARTMENT OF THE TREASURY,**
*Respondent*

―――――――――

2017-2331

―――――――――

Petition for review of the Merit Systems Protection Board in No. DC-0752-16-0229-I-1.

―――――――――

**JUDGMENT**

―――――――――

BRIAN BREGMAN, Law Offices of Brian R. Bregman, Laurel, MD, argued for petitioner.

SOSUN BAE, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by CLAUDIA BURKE, ROBERT EDWARD KIRSCHMAN, JR., JOSEPH H. HUNT.

―――――――――

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, TARANTO, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<table>
<tr><td>November 8, 2018</td><td>/s/ Peter R. Marksteiner</td></tr>
<tr><td>Date</td><td>Peter R. Marksteiner<br>Clerk of Court</td></tr>
</table>